97 A.3d 731

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Timothy L. GAINES, Petitioner.**

**No. 65 EM 2014.**

Supreme Court of Pennsylvania.

Aug. 6, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 6th day of August, 2014, in response to the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc,* this matter is **REMANDED** to the Court of Common Pleas of Philadelphia County for the appointment of

new counsel within 60 days of this order. New counsel shall file a Petition for Allowance of Appeal within 30 days of appointment.